UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL NUMBER H-12-272 |
| | § | |
| TERRY SILLERS | § | |

## ORDER TO UNSEAL

The Government's Motion to Unseal the above-referenced Criminal Indictment, is hereby GRANTED.

SIGNED at Houston, Texas, this 17th day of May, 2012.

UNITED STATES MAGISTRATE JUDGE