IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v.  § | CRIMINAL NO. H-12-272 |
| § | |
| TERRY GLENN SILLERS § § | |

NOTICE OF CANCELLATION

The Sentencing set for September 10, 2012 at 2:00 PM is CANCELLED pending further Notice of this Court.

Date:   8/2/2012

/s/ Andrew Boyd
Andrew Boyd
Case Manager to Judge Sim Lake
Post Office Box 61010
Houston, Texas 77208
(713) 250-5514