| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| versus | § | CRIMINAL 4:12CR00272 |
| | § | |
| TERRY GLENN SILLERS (001) | § | |
| | § | |

### ORDER

At the request of the probation office, the sentencing of the defendant is reset.

1. The presentence report will be available to the defendant by _FEB. 6_, 2013.

2. Counsel will file objections or a statement within fourteen days after disclosure.

3. The final copy of the PSR will be filed with the Court 7 days prior to sentencing.

4. The sentencing will be held on _MARCH 21, 2013_ at _3:00 p.m._


Signed _AUGUST 8_, 2012, at Houston, Texas.

Sim Lake, United States District Judge

[Copy: U.S. Probation Officer Marvin Booker, Jr.]