United States Courts
Southern District of Texas
FILED

NOV 09 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS | § § | CRIMINAL NUMBER H-12-272-S |
| TERRY SILLERS, et al | § | |

### MOTION TO UNSEAL SUPERSEDING INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States, through its undersigned attorney, respectfully requests the Court to enter an order directing the Clerk of the Court to Unseal the Superseding Indictment in this case.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

By: _____
Jay Hileman
Assistant United States Attorney