UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL NUMBER H-12-272-S |
| | § | |
| TERRY SILLERS, et al | § | |

**ORDER TO UNSEAL SUPERSEDING INDICTMENT**

The Government's Motion to Unseal the Superseding Indictment in the above-referenced case is hereby GRANTED.

SIGNED at Houston, Texas, this  9th  day of  Nov , 2012.

_____
UNITED STATES MAGISTRATE JUDGE