UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL NUMBER H-12-272-S |
| | § | |
| TERRY SILLERS, et al | § | |

## MOTION TO UNSEAL CASE

TO THE HONORABLE JUDGE OF SAID COURT:

The United States, through its undersigned attorney, respectfully requests the Court to enter an order directing the Clerk of the Court to Unseal this case, except and excluding document number 23.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

By: _____
Jay Hileman
Assistant United States Attorney