UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS | § § § | CRIMINAL NUMBER H-12-272-S |
| TERRY SILLERS, et al | § | |

### ORDER TO UNSEAL

The Government's Motion to Unseal the above-referenced case, except and excluding document number 23, is hereby GRANTED.

SIGNED at Houston, Texas, this 9th day of Nov., 2012.

_____
UNITED STATES MAGISTRATE JUDGE