IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. H-12-272 |
| | § | |
| Terry Glenn Sillers (1) | § | |
| | § | |
| | § | |

## ORDER

At the request of the probation office, the sentencing date and related deadlines for the above-named defendant is reset as follows:

1. The presentence investigation report will be available to the defendant by October 30, 2014.

2. Counsel will file objections or a statement by November 13, 2014.

3. Sentencing will be held on December 4, 2014 at 10:00 AM.

Because of the complexity of scheduling the appearances of multiple defendants from multiple locations, it will be very difficult to change the sentencing date or time. Therefore, if counsel is aware of any actual or potential conflict for the date and time, they should immediately notify the court. It is extremely unlikely that any requests for continuance filed within fourteen days of sentencing will be granted.

**SIGNED** at Houston, Texas, on this the 21st day of August, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

Copy: Sr. U.S. Probation Officer Gwen York
      U.S. Probation Officer Marvin Booker